**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| **NATHANIEL O. BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-1232 |
| | ) | |
| **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES** | ) | |
| | ) | |
| 233 North Michigan Avenue<br>Suite 600<br>Chicago, Illinois 60601 | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR INJUNCTIVE RELIEF**

COMES NOW, Plaintiff Nathaniel O. Brown, by and through his attorneys Weilmuenster & Keck, P.C., and for his Complaint for Injunctive Relief against the United States Department of Health and Human Services states as follows:

1. That this is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records, concerning investigative records related to CMS investigation nos. 1141725/IL53209, 1141724/IL53207, and/or 1141720/IL53203, which defendant has improperly withheld from plaintiff.

2. That this court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) in so far as Plaintiff resides and maintains his principle place of business in St. Clair County, Illinois, within the Southern District of Illinois.

3. That Plaintiff, Nathaniel O. Brown, is a duly licensed attorney practicing in the

State of Illinois and retained by Douglas J. Wolf, as Executor of the Estate of Anna L. Wolf, deceased, and is the requester of the records which defendant is now withholding.

4. That Plaintiff has requested this information for use in an action arising under the laws of Illinois, including but not necessarily limited to the Illinois Nursing Home Care Act, presently pending in the Twentieth Judicial Circuit Court of Illinois in St. Clair County, styled *Douglas J. Wolf, as Executor of the Estate of Anna L. Wolf, deceased v. Helia Southbelt Healthcare, LLC d/b/a Four Fountains*, 13-L-110.

5. That good cause exists for prompt release of the information as decedent's Estate is incapable of identifying key witnesses who have knowledge material to the claim pending before the circuit court, thereby materially and unfairly prejudicing the Estate's ability to seek redress under the statutory remedies made available to it under Illinois law.

6. That Defendant is an agency of the United States and has possession of the documents that Plaintiff seeks.

7. That by letter dated March 23, 2016, Plaintiff propounded a Subpoena *Duces Tecum* on the Illinois Department of Public Health, requesting access to "Any and all records related to IDPH Incident No. 42609 and/or CMS Investigation Nos. 1141725/IL53209; 1141724/IL53207; and 1141720/IL53203, including the Resident Key, Employee Key, and Other Key in your possession or control." A copy of this letter is attached as Exhibit 1.

8. That by letter dated April 26, 2016, the Illinois Department of Public Health responded to Plaintiff's subpoena, stating that the records "are federal property belonging to the Department of Health and Human Services (DHHS)," and further advised that the "investigative file will be forwarded to the Center for Medicare and Medicaid Services (CMS), Region V, for disposition of the records as FOIA request." A copy of this letter is attached as Exhibit 2.

9. That as of the date of filing this action, Plaintiff has received no communication, correspondence, and/or responsive documents to this request.

10. That pursuant to 5 U.S.C. § 552(a)(6)(C)(i), Plaintiff has exhausted his administrative remedies with respect to this request given that the agency failed to comply with the applicable time limit proscribed by 5 U.S.C. § 552.

11. That Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for defendant's denial of such access.

WHEREFORE, Plaintiff respectfully requests this Court:

(1) Order defendant to provide access to the requested documents;
(2) Expedite this proceeding as provided for in 28 U.S.C. § 1657;
(3) Award Plaintiff's costs and attorney's fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and
(4) Grant such other and further relief as may deem just and proper under the circumstances.

Respectfully Submitted,

**WEILMUENSTER & KECK, P.C.**

BY: /s/ Frederick W. Keck
Frederick W. Keck
IL No: 6276580
fwk@weilmuensterlaw.com

Attorneys for Plaintiff
3201 West Main Street
Belleville, Illinois 62226
(618) 257-2222 - Phone
(618) 257-2030 – Fax